# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943  
Fax (414) 271-9344  
info@chapter13milwaukee.com

740 N. Plankinton Avenue  
Suite 400  
Milwaukee, Wisconsin 53203

August 18, 2009

Clerk of US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI  53202

RE:  DBTR: REGINALD A. MORGAN
     CASE NO: 06-24288-JES

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1056910 which replaces check # 1055781 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.

OFFICE OF CHAPTER 13 TRUSTEE

cc: file

**Mary B. Grossman
Chapter 13 Trustee**
740 Plankinton Ave
Suite 400
Milwaukee, WI 53203
(414) 271-3943

July 30, 2009

SunTrust Bank

64-79 / 611

No. 1055781

PAY** Twenty Six Dollars and 52 Cents*************************************

TO THE ORDER OF

AMOUNT *************$26.52 ***

00082057
RADIOLOGY SPECIALIST OF MILWAUKEE
PO BOX 68-4055
MILWAUKEE, WI 53268-

VOID AFTER October 28, 2009
Positive Pay Account

⑈1055781⑈ ⑆061100790⑆ 000000575177⑈

VOID

Mary B. Grossman, Chapter 13 Trustee       Check No. 1055781
Pay to: 00082057  RADIOLOGY SPECIALIST OF MILWAUKEE
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 06-24288-JES | 028-0 | REGINALD A. MORGAN | 089075-00 | 17.24 | 26.52 | 0.00 | 26.52 |



VOID
UCF